BLD-193                                                                                           April 11, 2013
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **12-4462**

EMANON SHANNON, Appellant

    VS.

JEFFREY N. DILLMAN et al.

    (M.D. Pa. Civ. No. 1-11-cv-01015)

Present:    SCIRICA, HARDIMAN and GREENAWAY, JR., Circuit Judges

    Submitted are

    (1)    Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

    (2)    Appellant's motion for appointment of counsel

    in the above-captioned case.

    Respectfully,

    Clerk

MMW/DLG/arl

_____ORDER_____

    Shannon's application for a certificate of appealability is granted in part and denied in part. See 28 U.S.C. § 2253(c)(2). We grant his application with regard to the claim that trial counsel was ineffective for failing to object on the basis of, or to otherwise preserve, a Bruton v. United States, 391 U.S. 123 (1988), argument pertaining to the admission, at trial, of the redacted statement of a non-testifying co-defendant. Jurists of reason could debate the District Court's assessment of this constitutional claim. See Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). The certificate of appealability extends to both the substantive and the underlying procedural aspects of this claim and its disposition in the District Court. Shannon's application is otherwise denied. His motion for appointment of counsel is granted.

    By the Court,

Case: 12-4462    Document: 003111290424    Page: 2    Date Filed: 06/12/2013

/s/Anthony J. Scirica  
Circuit Judge

Dated: June 12, 2013

JT/cc: Federal Public Defender Western District of PA  
      Jason E. McMurry, Esq.  
      Christopher J. Schmidt, Esq.  
      Emanon Shannon