**ELD-026**                                                                 **July 24, 2014**
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **12-4462**

EMANON SHANNON, Appellant

VS.

JEFFREY N. DILLMAN, ET AL.

(M.D. Pa. Civ. No. 1:11-cv-01015)

Present: HARDIMAN, GREENAWAY, JR., AND SCIRICA, Circuit Judges

Submitted is Appellant's motion to expand the certificate of appealability in the above-captioned case.

Respectfully,

Clerk

MMW/TRA/arl

_____ORDER_____

The Appellant's motion to expand the certificate of appealability is denied.

By the Court,

s/ Joseph A. Greenaway, Jr.
    Circuit Judge

Dated: August 1, 2014
ARL/cc: LBF; JWG