UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **12-4462**

Shannon v. Dillman

To:     Clerk

1)      Motion by Appellant to Stay Briefing Schedule

---

The foregoing motion, in which Appellant seeks to stay proceedings in this case until the Court has reached a decision in <u>Washington v. Secretary Pennsylvania Department of Corrections</u>, Appeal No. 12-2883, which was remanded to this Court by the United States Supreme Court, is referred to a motions panel. Briefing is temporarily stayed pending disposition of the motion. If the motion is denied or referred to the merits panel, Appellant's brief and appendix must be filed and served within thirty (30) days of the date of the Court's order denying or referring the motion.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: September 2, 2014
ARL/cc: LBF; JWG