UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 2, 2014
BCO-123

No. <u>12-4462</u>

EMANON SHANNON,

Appellant

v.

JEFFREY N. DILLMAN, et al.

(M.D. Pa. No. 1-11-cv-01015)

Present:  AMBRO and CHAGARES, <u>Circuit Judges</u>

Motion by Appellant to Stay Proceedings Pending this Court's Decision in <u>Washington v. Secretary Pennsylvania Department of Corrections</u>, Appeal No. 12-2883.

Respectfully,
Clerk/ARL

_____ORDER_____

The foregoing motion is hereby granted.

By the Court,

<u>s/ Michael A. Chagares</u>
Circuit Judge

Dated:  September 17, 2014
ARL/cc:  LBF; JWG