UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **12-4462**

Shannon v. Dillman

To:    Clerk

1) Motion by Appellant to Stay Briefing Schedule

---

The foregoing motion is hereby construed as a motion to stay the appeal. So construed, the motion is granted. The appeal will be stayed pending the consideration and disposition in the United States Supreme Court of the petition for writ of certiorari in <u>Washington v. Secretary Pennsylvania Department of Corrections</u>, Supreme Court Case No. 15-853. The parties must immediately advise the Court, in writing, when a decision has been reached with respect to the petition for writ of certiorari by the Supreme Court. In the event the petition is granted, the appeal shall be further stayed pending final disposition by the Supreme Court. Upon final disposition, the parties must file responses within twenty-one (21) days advising the Court of what effect, if any, the decision in <u>Washington</u> has on the pending appeal.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: January 19, 2016
ARR/cc: LYE; LBF; JPC; JWG