# FEDERAL PUBLIC DEFENDER
## WESTERN DISTRICT OF PENNSYLVANIA

**LISA B. FREELAND**
Federal Public Defender

**MICHAEL J. NOVARA**
First Assistant Federal Public Defender

**W. PENN HACKNEY**
Senior Litigator

1500 LIBERTY CENTER
1001 LIBERTY AVENUE
PITTSBURGH, PENNSYLVANIA 15222
phone: (412) 644-6565
fax: (412) 644-4594
website: *http://paw.fd.org*

AKIN ADEPOJU
CHRISTOPHER B. BROWN
CANDACE CAIN
LINDA E.J. COHN
JAY J. FINKELSTEIN
ANDREW Z. LIPSON
THOMAS LIVINGSTON
ELISA A. LONG
RENEE D. PIETROPAOLO
*Assistant Federal Public Defenders*

*Erie Branch Office
(814) 455-8089

May 4, 2016

Marcia M. Waldron, Clerk
United States Court of Appeals
 for the Third Circuit
21400 United States Courthouse
Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1790

Re: *Shannon v. Dillman, et al., Appeal No. 12-4462*

Dear Ms. Waldron:

This letter is being jointly submitted by counsel for the parties in the above referenced appeal.

On January 19, 2016, the Court of Appeals for the Third Circuit granted Mr. Shannon's motion to stay the appeal pending consideration and disposition in the United States Supreme Court of the petition for writ of certiorari in *Washington v. Secretary, Pennsylvania Dept. of Corrections,* Supreme Court Case No. 15-853. This Court's order directed that "[t]he parties must immediately advise the Court, in writing, when a decision has been reached with respect to the petition for writ of certiorari by the Supreme Court."

The parties hereby jointly notify this Court that on April 25, 2016, the United States Supreme Court denied the Secretary's petition for writ of certiorari in *Washington.* SCOTUS Docket, found at http://www.supremecourt.gov/search.aspx?filename=/docketfiles/15-853.htm.

The parties also jointly advise this Court that on February 8, 2016, Mr. Shannon filed in the Court of Common Pleas of Dauphin County a petition pursuant to the Post-Conviction Relief Act. Mr. Shannon alleges that his trial and conviction suffered from a structural error based on recently discovered evidence that three of his appointed counsel, the prosecuting District Attorney's office and numerous other individuals involved in the Dauphin County criminal justice system have been identified as receiving racist or otherwise inappropriate emails in the scandal centered around former Pennsylvania Supreme Court Justice J. Michael Eakin. *Commonwealth v. Shannon,* Court of Common Pleas No. CP-22-0002305-2005, Docket, found

at https://ujsportal.pacourts.us/DocketSheets/CPReport.ashx?docketNumber=CP-22-CR-0002306-2005.

In light of the pending successor petition, the parties have conferred and agree that the appeal should be stayed pending disposition of the successor. *See, e.g., Rhines v. Weber*, 544 U.S. 269 (2005); *Pace v. DiGuglielmo*, 544 U.S. 408, 416-17 (2005); *Heleva v. Brooks*, 581 F.3d 187 (3d Cir. 2009). Should the Court of Common Pleas grant Mr. Shannon relief on his petition and grant him a new trial, the pending appeal would become moot. Mr. Shannon advises this Court that within the next 14 days, or by May 18, 2016, he will file a motion to stay the appeal pending exhaustion of the successor petition. The Respondents are in agreement that a stay is the appropriate procedure.


_____
Joseph P. Cardinale, Jr.
Assistant District Attorney
Dauphin County District Attorney's Office


Counsel for Jeffery Dillman, *et al.*

_____
Lynn A. Ellenberger
Assistant Federal Public Defender
Federal Public Defender
  Western District of Pennsylvania


Counsel for Emanon Shannon



FEDERAL PUBLIC DEFENDER
Western District of Pennsylvania
CAPITAL HABEAS UNIT
1500 Liberty Center
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3714

OFFICIAL BUSINESS

**RETURN SERVICE REQUESTED**

U.S.M.S.
X

UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 000.46⁵
0000823136    MAY 04 2016
MAILED FROM ZIP CODE 15222

RECEIVED
MAY - 9 2016
C.A. 3rd. CIR.

Marcia M. Waldron, Clerk
United States Court of Appeals
 for the Third Circuit
21400 United States Courthouse
Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1790

19106179099